1  ED DUNLAVEY
   NATIONAL PARK SERVICE
2  Law Enforcement Office
   P.O. Box 517
3  Yosemite, California 95389
   Telephone: 209-372-0243
4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES GOVERNMENT,      )     CASE NUMBER:6:09-mj-00264-YNP
9                                 )
            Plaintiff              )
10                                )     STIPULATION TO CONTINUE
        vs.                        )    STATUS CONFERENCE; AND
11                                )     ORDER THEREON
                                   )
12 Christopher L. Ferrando,        )
                                   )
13          Defendant              )
   _____)
14

15     IT IS HEREBY STIPULATED by and between Susan St. Vincent,

16 acting Legal Officer for the National Park Service and Defendant,

17 CHRISTOPHER FERRANDO, and his Attorney of Record, Jeremy Kroger,

18 that the status conference in the above-captioned matter

19 currently scheduled for March 2, 2010, be continued until April

20 6, 2010.

21

22 Dated: February 25, 2010      By: /S/ Susan St. Vincent
                                     SUSAN ST. VINCENT
23                                   Acting Legal Officer for
                                     National Park Service
24

25

26 Dated: February 25, 2010      By: /s/Jeremy Kroger

27                                   JEREMY KROGER
                                     Attorney for Defendant
28                                   CHRISTOPHER FERRANDO


                                    1

1
2                        * * * ORDER * * *
3      The Court, having reviewed the above request for a
4 continuance of the status conference currently set for March 2,
5 2010 until April 6, 2010, HEREBY ORDERS AS FOLLOWS:
6      1.   The status conference in the matter of U.S. v.
7           Ferrando, shall be continued to April 6, 2010 at 10:00
8           a.m..
9
10 IT IS SO ORDERED.
11
12 Dated:  March 1, 2010              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28