Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHRISTOPHER L. FERRANDO<br><br>        Defendant. | CASE: 6:09-MJ-264-YNP<br><br>STIPULATION TO VACATE<br> TRIAL DATE AND SET FOR<br>PLEA AND SENTENCE; AND.<br>ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Christopher L. Ferrando, and his attorney, Reggie Aligada, that the Bench Trial in the above-captioned matter currently scheduled for June 2, 2010 be vacated, and the matter be set for Plea and Sentence on June 22, 2010, at 10:00 a.m.

Dated: June 7, 2010         /s/ Susan St. Vincent
                            Susan St. Vincent
                            Acting Legal Officer for
                            National Park Service

Dated: June 8, 2010         /s/ Reggie Aligada
                            Reggie Aligada
                            Attorney for
                            Christopher L. Ferrando

1

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the Trial Date, now set for June 2, 2010, and for entry of plea and sentencing in June 22, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for June 2, 2010, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on June 22, 2010.

IT IS SO ORDERED.

Dated:   June 8, 2010        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Ferrando, Christopher/Stip to Vacate Trial and
Set for Plea and Sentence; and Order Thereon          2